McKINNEY v. STATE.

(Court of Criminal Appeals of Texas. Feb. 5, 1913.)

CRIMINAL LAW (§ 1090*)—APPEAL AND ERROR—RECORD.

A conviction will be affirmed where the record contains no statement of facts or bill of exceptions, and presents no suggestion that can be considered without the evidence.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2653, 2789, 2803–2827, 2927, 2928, 2948, 3204; Dec. Dig. § 1090.*]

Appeal from District Court, Bexar County; Edward Dwyer, Judge.

James McKinney was convicted of crime, and he appeals. Affirmed.

C. E. Lane, Asst. Atty. Gen., for the State.

---

*For other cases see same topic and section NUMBER in Dec. Dig. & Am. Dig. Key-No. Series & Rep'r Indexes

DAVIDSON, P. J. This record contains neither statement of facts nor bills of exceptions. It presents no suggestion that can be considered in the absence of the evidence.

The judgment is therefore affirmed.